382 A.2d 751

Commonwealth v. Lennox, Appellant.

Submitted December 6, 1976. Roy H. Davis, Assistant Public Defender, for appellant; Ralph B. D'Iorio, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.